

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2021

No. 04-21-00015-CV

Eric **PASANISI** and Tanganyika Wildlife Safari, Ltd.,
Appellants

v.

Mark **VANHAM** and Klineburger Vanham International Hunting Consultants, LLC.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-08521
Honorable Laura Salinas, Judge Presiding

## O R D E R

On January 27, 2021, the reporter's record was filed. On February 9, 2021, the clerk's record was filed. Accordingly, appellants' brief was due on or before March 11, 2021. *See* TEX. R. APP. P. 38.6(a). To date, neither appellants' brief nor a motion for extension of time to file appellants' brief has been filed.

We, therefore, **ORDER** appellants to file, on or before **April 7, 2021**, their appellants' brief and a written response reasonably explaining (1) their failure to timely file the brief, and (2) why appellees are not significantly injured by appellants' failure to timely file their brief. If appellants fail to file their brief and the written explanation by the date ordered, **this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a) (authorizing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2021.



MICHAEL A. CRUZ, Clerk of Court